**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:

Richard Patton Deeds, Jr.

        Debtors                               Case No. 18-11308-KHK (Chapter 11)

## ORDER DISMISSING CASE WITHOUT PREJUDICE

The Court held a hearing on October 9, 2018, on the Trustee's Motion to Convert Case to Chapter 7. Docket  No. 50. For the reasons stated on the record at the hearing, it is

**ORDERED:**

1.  This case is dismissed without prejudice to re-filing under any chapter of the Bankruptcy Code in this or any other court.

2.  The Debtor is advised that he has 14 days within which to note an appeal of this Order.

3.  The Clerk will mail a copy of this order or give electronic notice of its entry, to the parties listed below.

Date: Oct 11 2018 _____

/s/ Klinette Kindred
_____

Klinette H. Kindred

United States Bankruptcy Judge

Entered on Docket:  Ocotber 11, 2018

Copy electronically to:

Jack Frankel, Esq.

Daniel M. Press, Esq.